# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2015

150327

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SHERYL L. SPIGNER,
        Plaintiff-Appellee,

v

YARMOUTH COMMONS ASSOCIATION and
KRAMER-TRIAD MANAGEMENT GROUP,
LLC,
        Third-Party Plaintiffs,
        Defendants,
and

W & D LANDSCAPING & SNOW
PLOWING, INC.,
        Third-Party Defendant-Appellant.

SC: 150327
COA: 315616
Macomb CC: 2011-002037-NO

_____/

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2015



                    Clerk

t0623